

**MASSACHUSETTS & NORTHERN NEW ENGLAND
LABORERS' DISTRICT COUNCIL**

## ACCEPTANCE OF AGREEMENT(S) AND DECLARATIONS OF TRUST

The Undersigned Employer hereby voluntarily recognizes the Massachusetts & Northern New England Laborers' District Council as the exclusive representative of its employees under Section 9(a) of the National Labor Relations Act. Inasmuch as the Employer is satisfied that the Union represents a majority of its employees in the bargaining unit described herein, the Employer recognizes the Union as the exclusive bargaining agent under Section 9(a) of the National Labor Relations Act for all employees within the bargaining unit on all present and future job sites within the jurisdiction of the Union. The Parties hereby confirm that the Union has unequivocally demanded recognition as the section 9(a) exclusive bargaining representative of employees in the above appropriate bargaining unit, and that the Employer unequivocally accepted it as such, based upon a contemporaneous showing of support, in the form of union identification cards, union membership cards, union authorization cards, and/or other such documentation and evidence of intent to be represented by the Union, from a majority of employees in the above appropriate bargaining unit. The Undersigned Employer acknowledges receipt of, and has read, the selected Agreement(s) below and hereby incorporates by reference herein its Voluntary Recognition Agreement and hereby agrees to be bound by the following selected Section 9(a) Agreement(s) of the Massachusetts & Northern New England Laborers District Council:

*(Circle and initial next to the numbered Agreement(s) pertaining to your Company).*

1. *PHB*    by and between The Labor Relations Division of the Associated General Contractors Association of Massachusetts, Inc. and the Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc. (Eastern Mass CBA); by and between The Labor Relations Division of the Associated General Contractors Association of Massachusetts, Inc. (Western Mass CBA); and by and between the General Contractors' Association of Pittsfield, Massachusetts, Inc.;

2. _____    by and between The Massachusetts Building Wreckers' and Environmental Remediation Specialists Association, Inc. and by and between The Labor Relations Division of the Associated General Contractors Association of Massachusetts, Inc. and the Building Trades Employers' Association of Boston and Eastern Massachusetts, Inc. (Eastern Mass CBA); by and between The Labor Relations Division of the Associated General Contractors Association of Massachusetts, Inc. (Western Mass CBA); and by and between the General Contractors' Association of Pittsfield, Massachusetts, Inc.;

3. *PHB*    by and between the Labor Relations Division of the Construction Industries of Massachusetts, Inc.;

4. *PHB*    by and between the Foundation and Marine Contractors' Association of New England, Inc.;

5. _____    by and between the Labor Relations Division of the Construction Industries of Massachusetts, Inc.; (Tunnel and Tunnel Compressed)

6. _____    by and between the Masons Contractors Association of Massachusetts;

7. _____    by and between the Signatory Contractors to the Building & Site Construction Agreement with Local #327 Augusta, Maine, Local #668, Manchester, New Hampshire, and Local #976, Portsmouth, New Hampshire;

8. _____    by and between the Signatory Contractors to the Heavy and Highway Agreement with Local #327, Augusta, Maine, Local #668, Manchester, New Hampshire and Local #976, Portsmouth, New Hampshire;

54930

and the Massachusetts & Northern New England Laborers' District Council on behalf of its affiliates of the Laborers' International Union of North America, AFL-CIO, all said Agreements being effective from and/or after June 1, 2017, and any successor agreements between the parties and herewith accepts the same and becomes one of the parties thereto and agrees to abide by all its terms and conditions.

1.  The life of this Agreement is to be co-extensive with the terms set out or as they shall be set out from time to time in the aforementioned Collective Bargaining Agreement(s) with the above-named Associations or Signatory Contractor Groups and shall continue in effect unless the Employer gives the Union notice of desired change or termination of a particular Collective Bargaining Agreement in keeping with the applicable notice provisions contained therein.

2.  This Agreement binds the Employer to all obligations of an Employer as set forth in the above referred to Agreements and applies to all Laborers' work and geographical jurisdictions as set forth therein unless specifically limited, in writing, on this document.

3.  The said Agreements provide, among other conditions, contributions to the Massachusetts Statewide Laborers' Health and Welfare Fund, New England Laborers' Health & Safety Fund, Massachusetts Statewide Laborers' Pension Fund, New England Laborers' Training Trust Fund, New England Laborers' Labor-Management Cooperation Trust Fund, Massachusetts Statewide Legal Services Fund, Massachusetts Laborers' Statewide Annuity Fund, Massachusetts Dues Deductions, and Voluntary Contributions payable to the Massachusetts and Northern New England Laborers' District Council PAC and the Laborers International Union of North America PAC (hereinafter "LPL"), and the Massachusetts & Northern New England Laborers' Unified Trust Fund, as applicable, and the Employer agrees to be bound by the foregoing Agreements and Declarations of Trust and hereby irrevocably designates as its representatives on the Boards of Trustees such Trustees as are named in said Agreements as Employer Trustees together with their successors selected in the manner provided within said Agreements and agree to be bound by all actions taken by said Employer Trustees pursuant to the said Agreements and Declarations of Trust and agrees that it may be sued by any of said Funds, or the Trustees thereof, or the Union, for non-payment of contributions or non-performance of its obligations thereunder.

4.  The said Agreements may further require contributions to the Construction Industries of Massachusetts Advancement Fund, the Massachusetts Construction Advancement Program, the Masons Contractors Association of Massachusetts Advancement Program, as applicable, for their Association Industry Programs and payment to the Massachusetts & Northern New England Laborers' District Council of Union Dues and LPL Contributions, deducted from net pay in accordance with the voluntary written authorization of employees. The Employer agrees that it may be sued by said Associations or by the District Council, as appropriate, for non-compliance with or non-performance of said obligations.

5.  Inasmuch as the Union has unequivocally demanded recognition as the section 9(a) exclusive bargaining representative of employees in the above appropriate bargaining unit, and that the Employer unequivocally accepted it as such, based upon a contemporaneous showing of support, as outlined above, and that Employer is satisfied that the Union represents a majority of its employees in the bargaining unit described herein, and the Employer recognizes the Union as the exclusive Collective Bargaining Agent for all employees within that bargaining unit, on all present and future jobsites within the jurisdiction of the Union. The Employer agrees that it will not request an NLRB election and expressly waives any right it may have to do so.

6.  This instrument shall be binding upon the Employer named herein, and its' successors and assigns, and no provisions contained or incorporated herein shall be nullified or affected in any manner as a result of any consolidations, sale, transfer, assignment, joint venture or any combination or other disposition of the undersigned Employer.

7. Attached hereto shall be the Contractor Questionnaire fully executed by the undersigned Employer and approved by the Massachusetts & Northern New England Laborers' District Council or an official agent thereof.

8. This Acceptance of Agreement and Declaration of Trust must be executed by the undersigned Employer and finally approved and signed by the Business Manager of the Massachusetts & Northern New England Laborers' District Council to become effective.

__06/28/2021__
Date

Union:

Joseph Saletnik,
Local Union Representative

Joseph Bonfiglio, Business Manager
Mass &NNE Laborers' District Council
7 Laborers' Way
Hopkinton, MA 01748
Phone (508) 435-4164
Fax:   (508) 435-7982

Employer:

National Shoring  LLC
Company Name (please print)

Signature of Authorized Representative

Peter H Bove  member
Name & Title of Authorized Representative

Employer Place of Business Address:

1110 Hartford Turnpike
Waterford CT 06385

Employer Mailing Address, if different:

PO Box 248
Stonington Ct  06378

Telephone No.   860-535-4025
Fax No.

Email Address sue@nationalshoring.com>

Please forward one (1) executed copy to the:  Massachusetts & Northern New England Laborers' District Council
7 Laborers' Way, Hopkinton, MA  01748.

*Page 3 of 3*